KENYON & KENYON LLP
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288
Email: cweiss@kenyon.com

Federal Bar No. CW-2628

Attorneys for Defendant
Radica Enterprises, Ltd. d/b/a Radica USA, Ltd.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Infinite Machines, LLC, | ) | Civil Action No. 07-8625-AKH |
| | ) | |
| Plaintiff, | ) | **RULE 7.1 STATEMENT OF** |
| | ) | **RADICA ENTERPRISES, LTD.** |
| v. | ) | **d/b/a RADICA USA, LTD.** |
| | ) | |
| Radica Enterprises Ltd. d/b/a Radica USA Ltd. | ) | **DOCUMENT** |
| and Radica Games Limited | ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Radica Enterprises, Ltd. d/b/a Radica USA, Ltd. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Radica Enterprises, Ltd. d/b/a Radica USA, Ltd. is a wholly-owned subsidiary of Mattel, Inc.

- 2 -

                KENYON & KENYON LLP

                Attorneys for Defendant Radica Enterprises, Ltd.
                d/b/a Radica USA, Ltd.


                By:   /s Charles A. Weiss
                      CHARLES A. WEISS
                        (CW-2628)

DATED:  October 30, 2007
        New York, New York


Of counsel:

John R. Hutchins, Esq.
Kenyon & Kenyon LLP
1500 K Street, N.W.
Washington, DC 20005
(202) 220-4200

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, I caused the foregoing **Defendant Radica Enterprises, Ltd. d/b/a Radica USA Ltd.'s Rule 7.1 Statement** to be served by operation of the Court's ECF system on counsel for plaintiff.

                                                /s Charles A. Weiss
                                                CHARLES A. WEISS
                                                    (CW-2628)

DATED: October 30, 2007
             New York, New York