**KENYON & KENYON**
Intellectual Property



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

Charles A. Weiss
Direct 212.908.6287
cweiss@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

December 21, 2007

**By Fax: 212-805-7942**

Hon. Alvin K. Hellerstein
U.S. District Court
500 Pearl Street
New York, NY 10007

*The conf. is adjourned to Feb. 8, 2008, 9:30 a.m.*
*12-27-07*
*[signature] A. Hellerstein*

Re: Infinite Machines v. Radica Enterprises
    Civil Action No. 07-8625-AKH

Dear Judge Hellerstein:

We represent defendants in the above-referenced case. I write to request an adjournment of the initial scheduling conference that is scheduled for 9:30 a.m. on January 18, 2008. The Kenyon & Kenyon attorney who is principally responsible for this case and most familiar with the facts, Mr. John Hutchins of our Washington office, was already scheduled to be in court in the Western District of Wisconsin on that date. No previous extensions have been sought, and no other dates or deadlines have been established in this case.

Plaintiff's counsel Mr. Drangel has consented to our request for an adjournment.

Thank you for your consideration of this matter.

Respectfully yours,

[signature]
Charles A. Weiss

cc: John R. Hutchins, Esq.
    Jason M. Drangel, Esq. (by fax: 212-292-5391)