KENYON & KENYON LLP
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288
Email: cweiss@kenyon.com

Federal Bar No. CW-2628

Attorneys for Defendants
Radica Enterprises Ltd. d/b/a Radica USA, Ltd. and
Radica Games Limited

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Infinite Machines, LLC, | ) | Civil Action No. 07-8625-AKH |
| Plaintiff, | ) ) ) ) | **RULE 7.1 STATEMENT OF** <u>**RADICA GAMES LIMITED**</u> |
| Radica Enterprises Ltd. d/b/a Radica USA Ltd. and Radica Games Limited | ) ) ) | **DOCUMENT ELECTRONICALLY FILED** |
| Defendants. | ) ) ) | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Radica Games Limitied certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Radica Games Limited is a wholly-owned subsidiary of Mattel, Inc.

- 2 -

                KENYON & KENYON LLP

                Attorneys for Defendants
                Radica Enterprises Ltd. d/b/a Radica USA, Ltd. and
                Radica Games Limited


                By:    /s Charles A. Weiss
                        CHARLES A. WEISS

DATED:  January 22, 2008
           New York, New York


Of counsel:

John R. Hutchins, Esq.
Kenyon & Kenyon LLP
1500 K Street, N.W.
Washington, DC 20005
(202) 220-4200

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008, I caused the foregoing **Defendant Radica Games Limited's Rule 7.1 Statement** to be served by operation of the Court's ECF system on counsel for plaintiff.

                                                                          /s Charles A. Weiss
                                                                           CHARLES A. WEISS

DATED: January 22, 2008
        New York, New York