SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INFINITE MACHINES, LLC     Plaintiff,

- against -

RADICA ENTERPRISES, LTD. et al.     Defendant.

07 cv 8625 (AKH)

**ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION**

Upon the oral motion of Charles A. Weiss attorney for Radica Enterprises, Ltd, and Radica Games Ltd. and said sponsor attorney's affidavit declaration that applicant John R. Hutchins is a member in good standing of the bar(s) of the state(s) of New York and the District of Columbia;

and that applicant's contact information is as follows (please print):

Applicant's Name: John R. Hutchins
Firm Name: Kenyon & Kenyon LLP
Address: 1500 K St., N.W. Ste. 700
City/State/Zip: Washington, DC 20005
Telephone/Fax: (202) 220-4217
Email Address: jhutchins@kenyon.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Radica Enterprises, Ltd, and Radica Games Ltd. in the above entitled action;

**IT IS HEREBY ORDERED** that John R. Hutchins, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 2/8/2008
City, State: New York, New York

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $     SDNY RECEIPT#
SDNY Form Web 10/2006