KENYON & KENYON LLP
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288
Email: cweiss@kenyon.com

Federal Bar No. CW-2628

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Infinite Machines, LLC, | Civil Action No. 07-8625-AKH |
| Plaintiff, | **DOCUMENT FILED ELECTRONICALLY** |
| v. | |
| Radica Enterprises Ltd. d/b/a Radica USA Ltd. and Radica Games Limited, | **Defendants' Notice of Motion to Transfer Venue** |
| Defendants. | |

TO:   Jason Drangel, Esq.
      Epstein Drangel Bazerman & James LLP
      60 East 42nd Street, Suite 820
      New York, NY 10165

COUNSEL:

PLEASE TAKE NOTICE that on a date and time to be set by the Court, Defendants Radica Enterprises Inc. (misnamed in the Complaint as "Radica Enterprises Ltd. d/b/a Radica USA Ltd.") and Radica Games Limited (collectively, "Radica") shall move before the Honorable Alvin K. Hellerstein, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 14D, New York, NY 10007, to transfer this action to the U.S. District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1404(a).

2

PLEASE TAKE FURTHER NOTICE that defendants rely on their Brief in Support of Motion to Transfer Venue, Declaration of Kevin Brase in Support of Defendants' Motion to Transfer, and Declaration of Chris Wilson in Support of Defendants' Motion to Transfer, all filed herewith, as well as all papers on file in this Court and cause.

                        KENYON & KENYON LLP

                        Attorneys for Defendants

                        By:    s/ Charles A. Weiss
                             CHARLES A. WEISS
                             JOHN R. HUTCHINS

DATED:  February 15, 2008
          New York, New York

Of counsel:

Hilda C. Galvan
Mark C. Howland
JONES DAY
2727 North Harwood Street
Dallas, TX  75201-1515
(214) 220-3939

# **CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I caused the foregoing **Notice of Defendants' Motion to Transfer Venue**, **Defendants' Brief in Support of Motion to Transfer Venue**, **Declaration of Kevin Brase in Support of Defendants' Motion to Transfer**, and **Declaration of Chris Wilson in Support of Defendants' Motion to Transfer** to be served by operation of the Court's ECF system on counsel for plaintiff.

A set of papers was also sent to counsel for plaintiff by Federal Express overnight carrier addressed as follows:

Jason Drangel, Esq.
EPSTEIN DRANGEL BAZERMAN
 & JAMES LLP
60 East 42nd Street, Suite 820
New York, NY 10165

                                             s/ Charles A. Weiss
                                             CHARLES A. WEISS

DATED:  February 15, 2008
             New York, New York