

FEB 19 2008

Charles A. Weiss
Direct 212.908.6287
cweiss@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

February 15, 2008

So ordered
2-19-08
/s/ A.K. Hellerstein

**By Federal Express**

Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

Re: Infinite Machines, LLC v. Radica Enterprises Ltd. (07-8625)

Dear Judge Hellerstein:

I enclose herewith courtesy copies of the papers filed today on defendants' motion to transfer.

The parties have agreed to a briefing schedule. If acceptable to the Court, plaintiff's opposition will be filed by February 29 and defendants' reply will be filed by March 7, 2008.

Thank you for your consideration of this matter.

Respectfully yours,

Charles A. Weiss

Charles A. Weiss

Enclosures

cc/encl: Jason Drangel, Esq. (by Federal Express)
Epstein Drangel Bazerman
 & James LLP
60 East 42nd Street, Suite 820
New York, NY 10165

Hilda C. Galvan, Esq. (by Federal Express)
Jones Day
2727 North Harwood Street
Dallas, TX 75201

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/08