UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

INFINITE MACHINES, LLC

      Plaintiff,

                       Civ. No. 07-8625
  v.                    Judge Alvin Hellerstein


RADICA ENTERPRISES, LTD. d/b/a RADICA
USA LTD. and RADICA GAMES LIMITED
      Defendants.

---------------------------------------------------------- x


I, William C. Wright, hereby declare as follows:

1. I am an attorney with the law firm of Epstein Drangel Bazerman & James, LLP, located and doing business at 60 East 42nd Street, Suite 820, New York, New York 10165.

2. I am admitted to practice in the State of New York as well as the United States District Court for the Southern and Eastern Districts of New York.

3. I make this declaration based upon my personal knowledge and in support of Plaintiff's Motion in Opposition to Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a).

4. I have conducted a search of the database of NYS Department of State, Division of Corporations and found that Radica Enterprises, Ltd. is registered to do business in the State of New York. A copy of the result revealed from my search of the database of NYS Department of State, Division of Corporations is attached hereto as EXHIBIT 1.

-1-

      I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated:  2/29/08

_____
William C. Wright

# EXHIBIT 1

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: RADICA ENTERPRISES, LTD.

Selected Entity Status Information

**Current Entity Name:** RADICA ENTERPRISES, LTD.
**Initial DOS Filing Date:** SEPTEMBER 01, 2006
**County:** NEW YORK
**Jurisdiction:** NEVADA
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
RADICA ENTERPRISES, LTD.
136828-A BETA ROAD
DALLAS, TEXAS, 75244

**Registered Agent**
CT CORPORATION SYSTEM
111 EIGHTH AVE
NEW YORK, NEW YORK, 10011

NOTE: New York State does not issue organizational identification numbers.

Search Results     New Search

Division of Corporations, State Records and UCC Home Page     NYS Department of State Home Page