UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Infinite Machines, LLC    Plaintiff,

- against -

Radica Enterprises Ltd. et al.    Defendant.

07 cv 8625 (AKH)

Unopposed **MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Charles A. Weiss a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Hilda C. Galvan
Firm Name: Jones Day
Address: 2727 North Harwood Street
City/State/Zip: Dallas, TX 75201
Phone Number: (214) 969-4556
Fax Number: (214) 969-5100

Ms. Galvan is a member in good standing of the Bar of the States of Texas

There are no pending disciplinary proceeding against her in any State or Federal court.

Dated: 2/29/2008
City, State: New York, NY

Respectfully submitted,

*[signature]*

Sponsor's: Charles A Weiss
SDNY Bar: CW-2628
Firm Name: Kenyon & Kenyon LLP
Address: One Broadway
City/State/Zip: New York, NY 10004
Phone Number: (212) 908-6287
Fax Number: (212) 425-5288

SDNY Form Web 10/2006

KENYON & KENYON LLP
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288
Email: cweiss@kenyon.com

Federal Bar No. CW-2628

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Infinite Machines, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Radica Enterprises Ltd. d/b/a Radica USA Ltd. and Radica Games Limited, <br><br> Defendants. | Civil Action No. 07-8625 (AKH) <br><br> **Declaration of Charles A. Weiss In Support of Motion for Admission *Pro Hac Vice* of Hilda C. Galvan on Behalf of Defendants** |

I, Charles A. Weiss, hereby declare that:

1. I am a member of the bar of the State of New York and of the bar of this Court. I am a member of Kenyon & Kenyon LLP, counsel for defendants Radica Enterprises Inc. (misnamed in the Complaint as "Radica Enterprises Ltd. d/b/a Radica USA Ltd.") and Radica Games Limited in this action. I am personally familiar with and knowledgeable about the facts stated in this declaration, which I submit in support of defendants' motion for admission of counsel *pro hac vice*.

2. As shown in the certificate attached as Exhibit A, Hilda C. Galvan is a member in good standing of the bar of the State of Texas. The certificate issued on February 15, 2008. The

2

certificate issued within 30 days of the instant motion.

3. Ms. Galvan is a member of the law firm of Jones Day. The office address is:

2727 North Harwood Street,
Dallas, Texas 75201-1515
(214) 220-3939

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2008

_____
CHARLES A. WEISS

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

February 15, 2008

Hilda Galvan
Jones Day-Dallas
2727 North Harwood Street
Dallas, Texas 75201

Re:   Hilda Contreras Galvan, Bar Card No. 00787512

To Whom It May Concern:

Pursuant to your request, I have researched our disciplinary records and report that we have no record of any complaints pending against the attorney listed above.

Ms. Galvan is active and in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension. She was accepted to the bar on November 5, 1993.

No previous disciplinary sanctions have been entered against Ms. Galvan's law license.

Please let me know if you need additional information or if I can be of further assistance to you.

Sincerely,

*Sarah Saldaña*

Sarah Saldaña
Administrative Assistant
Office of the Chief Disciplinary Counsel
State Bar of Texas

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Infinite Machines, LLC          Plaintiff,

                                                    07  cv  8625  ( AKH )

- against -

Radica Enterprises Ltd. et al.   Defendant.         **ORDER FOR ADMISSION
                                                    PRO HAC VICE
                                                    ON WRITTEN MOTION**

Upon the motion of Charles A. Weiss   attorney for Radica Enters. Ltd. and Radica Games Ltd.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Hilda C. Galvan

Firm Name:          Jones Day

Address:            2727 North Harwood Street

City/State/Zip:     Dallas, TX 75201

Telephone/Fax:      (214) 969-4556 / (214) 969-5100

Email Address:      hcgalvan@jonesday.com

is admitted to practice pro hac vice as counsel for Radica Enters. Ltd. and Radica Games Ltd. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:   New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I caused the foregoing **Motion to Admit Counsel** *Pro Hac Vice*, **Declaration of Charles A. Weiss In Support of Motion for Admission** *Pro Hac Vice* **of Hilda C. Galvan on Behalf of Defendants, and Proposed Order For Admission** *Pro Hac Vice* **On Written Motion** to be served on counsel for plaintiff by U.S. mail addressed as follows:

Jason Drangel, Esq.
EPSTEIN DRANGEL BAZERMAN &
  JAMES LLP
60 East 42nd Street, Suite 820
New York, NY 10165

_____
CHARLES A. WEISS

DATED:  February 29, 2008
        New York, NY