SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Infinite Machines, LLC                Plaintiff,

07   cv   8625   ( AKH )

- against -

Radica Enterprises Ltd. et al.        Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Charles A. Weiss attorney for Radica Enters. Ltd. and Radica Games Ltd. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:  Mark C. Howland
Firm Name:         Jones Day
Address:           2727 North Harwood Street
City/State/Zip:    Dallas, TX 75201
Telephone/Fax:     (214) 969-4556 / (214) 969-5100
Email Address:     mchowland@jonesday.com

is admitted to practice pro hac vice as counsel for Radica Enters. Ltd. and Radica Games Ltd. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/5/08
City, State: New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006