KENYON & KENYON LLP
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288
Email: cweiss@kenyon.com

Federal Bar No. CW-2628

Attorneys for Defendants
Radica Enterprises Ltd. d/b/a Radica USA, Ltd. and
Radica Games Limited

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INFINITE MACHINES, LLC,<br>Plaintiff,<br><br>v.<br><br>RADICA ENTERPRISES LTD. d/b/a<br>RADICA USA LTD. and RADICA<br>GAMES LIMITED.<br>Defendants. | Civil Action No. 07-8625-AKH<br><br><br><br><br>DOCUMENT<br>ELECTRONICALLY FILED |

**Declaration of Jessica Rovello In Support of Defendants' Motion to Transfer**

I, Jessica Rovello, declare as follows:

1. My name is Jessica Rovello.

2. I am over 18 years of age, I am competent to make this declaration, and I state that the facts herein are true and correct. I make this declaration based on personal knowledge of the facts set forth herein.

3. I am the founder and the Chairman of the Board of Directors of Arkadium, Inc. ("Arkadium").

4. Arkadium's principal place of business is in New York, New York.

5. I understand that Radica Enterprises, Ltd. d/b/a Radica USA Ltd. and Radica Games Limited have been sued by Infinite Machines, LLC in the above-captioned case.

6. I understand that the defendants in the above-captioned case have moved to transfer this case to the United States District Court for the Northern District of Texas.

7. In the event that the above-captioned case is transferred to the United States District Court for the Northern District of Texas, and provided reasonable notice, Arkadium is willing to make a witness available to testify at trial in the Northern District of Texas if called upon to do so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2008

Name  *Jessica Rovello*
Title  *Chairman*
Arkadium, Inc.