SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08
```

Infinite Machines, LLC      Plaintiff,

- against -

Radica Enterprises Ltd. et al.    Defendant.

07 cv 8625 (AKH)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Charles A. Weiss attorney for Radica Enters. Ltd. and Radica Games Ltd. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Hilda C. Galvan

Firm Name: Jones Day

Address: 2727 North Harwood Street

City/State/Zip: Dallas, TX 75201

Telephone/Fax: (214) 969-4556 / (214) 969-5100

Email Address: hcgalvan@jonesday.com

is admitted to practice pro hac vice as counsel for Radica Enters. Ltd. and Radica Games Ltd. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/17/08
City, State: New York, NY

_[signature]_
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $    SDNY RECEIPT#
SDNY Form Web 10/2006